ADDIE A. ALLEN, Appellant, *v.* ALBERT H. PIERSON et al., Respondents.

*Allen* v. *Pierson*, 113 App. Div. 586, affirmed.
(Argued October 4, 1906; decided October 23, 1906.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 2, 1906, which reversed an interlocutory judgment of Special Term overruling a demurrer to the complaint in an action for the foreclosure of a mortgage.

The following questions were certified:

"*First.* Does it appear from the face of said complaint that the plaintiff has not legal capacity to sue, as alleged in the defendants' demurrer?

"*Second.* Does the complaint state facts sufficient to constitute a cause of action?"

*Henry E. Miller* and *Charles E. Opdyke* for appellant.

*George E. Zartman* for respondents.

Order affirmed, with costs; first question withdrawn; second question answered in the negative; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.